

# Memorandum

| Subject | Date |
|---|---|
| Special Assistant United States Attorney Early Termination Letter for Rebecca L. Castaneda | June 22, 2018 |

| To | From |
|---|---|
| Clerk of the Court<br>U.S. District Court<br>Tampa, Florida | Heidi D. Jenis<br>Human Resources Assistant |

8:16-mc-96-T-36JSS

Attached please find the Early Termination Letter for Rebecca L. Castaneda Special Assistant United States Attorney, for the U.S. Attorney's Office, Middle District of Florida. We would appreciate your filing this document with the U.S. District Court.

I have attached an additional copy and would ask that you stamp and return a copy for our records.

Thank you for your attention to this request. If you have any questions, please contact me at 813/274-6000.


Attachment:
    As stated

RECEIVED 2018 JUN 27 PM 1:08 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA



2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

8:16-mc-96-T-36JSS

Reply to: **Tampa, FL**

June 22, 2018

Lt. Rebecca L. Castaneda
United States Attorney's Office
Middle District of Florida
400 N. Tampa St. Suite 3200
Tampa, Florida 33602

*RECEIVED 2018 JUN 27 PM 1:08 CLERK, U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA, FLORIDA*

Re: Special Assistant United States Attorney Early Termination

Dear Lt. Castaneda:

Your appointment as a Special Assistant United States Attorney for the Middle District of Florida is hereby terminated effective the date of this letter in accordance with 28 U.S.C. § 543, and the terms of your initial appointment letter dated August 1, 2016, which stated your appointment may be terminated at any time without cause or notice. No additional action is necessary.

Thank you for your service to the Department of Justice.

Sincerely,

MARIA CHAPA LOPEZ
United States Attorney